LM

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
NOV 21 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LM

Michael Green                         )
_____,              )
                                      )
**Plaintiff(s),**                      )
                                      )
vs.                                   )      **Case No.**
                                      )
City of Chicago /Delgado Fernandez)   )
#6261 · Kerr #4871                    )      **1:22-cv-06503**
_____,              )      Judge Robert W. Gettleman
                                      )      Magistrate Judge Gabriel A. Fuentes
                                      )      RANDOM
**Defendant(s).**                      )


<u>**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**</u>

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

       laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is Michael Green_____.


*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, CPD    Fernandez #6261   Kerr #4871_____, is
   (name, badge number if known)

   ☒ an officer or official employed by _____;
   (department or agency of government)

   _____or

   ☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official

   acted is _Cook County_____. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about _9/13/2018_____, at approximately _12:00 / 3:00____ ☐ a.m. ☒ p.m.
   (month, day, year)

   plaintiff was present in the municipality (or unincorporated area) of _95th St. between_

   _langley and champlin_____, in the County of _cook_____,

   State of Illinois, at _95th St. west of langley ave_____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows ***(Place X in each box that
   applies)***:

   ☒     arrested or seized plaintiff without probable cause to believe that plaintiff had
         committed, was committing or was about to commit a crime;
   ☒     searched plaintiff or his property without a warrant and without reasonable cause;
   ☐     used excessive force upon plaintiff;
   ☒     failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
         one or more other defendants;
   ☐     failed to provide plaintiff with needed medical care;
   ☒     conspired together to violate one or more of plaintiff's civil rights;
   ☒     Other:
         _Malicious Prosecution, wrongful detainer_____

         _____

2

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*):_____

    _____

    _____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    UUW/FELON_____

    _____

    _____

    _____

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal
    proceedings under "Other"*) The criminal proceedings

    ☐  are still pending.

    ☑  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☐  Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On Sept 13, 2018 I was walking EAST in the Alley 95th going into a lady friend house when Chicago Police Officer pull into the Alley going west pursuit a car CPD Arrest Me and charge me with new Felons March 2022, I went to Jury trial and won my case Not guilty.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

13.    Plaintiff asks that the case be tried by a jury.    ☑ Yes        ☐ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

        as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

        and/or any other claim that may be supported by the allegations of this complaint.


        **WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

        loss of income, loss of enjoyment of life, property damage and any other injuries

        inflicted by defendant;

B.      ☑ *(Place X in box if you are seeking punitive damages.)* Punitive damages

        against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Michael Green_ 11/21/22

Plaintiff's name *(print clearly or type)*: _Michael Green_

Plaintiff's mailing address: _6414 S. Evans Ave 2FL_

City _Chicago_     State _IL_     ZIP _60637_

Plaintiff's telephone number: (312) _312-0665_ .

Plaintiff's email address *(if you prefer to be contacted by email)*: _kunzanMichael_
_@ Gmail.com_

15.     Plaintiff has previously filed a case in this district.   ☐ Yes   ☑ No

        *If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first*
*plaintiff.  An additional signature page may be added.*

5